## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Case No. 14-cr-00204-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1) DEBBI MARTINEZ**
a/k/a Payasa,
**2) JOHN HOWARD SMITH,**
3) CAROL HAWLEY,
**4) MARCUS MARLER,**
**5) MARK SINGER,**
**6) GINA SALCIDO, and**
7) DAVID HALL,

    Defendants.

___

## ORDER SETTING STATUS CONFERENCE
___

It is ORDERED that a Status Conference for the above-named Defendants is set for Tuesday, **July 1, 2014, at 10:00 a.m.** in Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado before Judge Raymond P. Moore.

DATED this 17th day of June, 2014.

                          BY THE COURT:

                          _____
                          RAYMOND P. MOORE
                          United States District Judge