IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 14-cr-00204-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1) DEBBI MARTINEZ
a/k/a Payasa,

      Defendant.

_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

Pursuant to the Motion for Change of Plea filed on January 12, 2015 (Docket No. 318) and the Notice of Disposition filed on January 13, 2015 (Docket No. 322). A Change of Plea Hearing is set for **January 30, 2015 at 8:30 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission

of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

DATED this 16th day of January, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge