IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Hon. Raymond P. Moore

Criminal Action No. 14-cr-00204-RM

UNITED STATES OF AMERICA,

Plaintiff,
v.

1) DEBBI MARTINEZ
    a/k/a "Payasa", and
3) CAROL HAWLEY

    Defendants.

_____

**ORDER FOR RELEASE OF GRAND JURY MATERIALS**
_____

Upon consideration of the Government's Motion to Disclose Copies of Grand Jury Materials (ECF No. 366) pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), it is hereby:

ORDERED that copies of the Grand Jury transcripts in the above-captioned matter, as well as any Grand Jury exhibits, shall be disclosed to the attorneys for the above-captioned defendants in order to facilitate preparation for trial and/or sentencing.

DATED this 18th day of February, 2015, at Denver, Colorado.

BY THE COURT:

_____
RAYMOND P. MOORE
U.S. DISTRICT COURT JUDGE