**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00204-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     DEBBIE MARTINEZ,
        a/k/a "Payasa,"

      Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (ECF No. 448).  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure, as set forth in the Information returned on January 27, 2015;

THAT a Preliminary Order of Forfeiture was entered on February 18, 2015;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on April 21, 2015;

THAT, as of April 21, 2015, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

1

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the $3,540.00 in United States currency shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited $3,540.00 in United States currency and may dispose of it in accordance with law.

DATED this 20th day of May, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge