IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 14-cr-00204-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1) DEBBI MARTINEZ
a/k/a Payasa,

    Defendant.

_____

**ORDER DENYING MOTION FOR REDUCTION
OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**
_____

THIS MATTER is before the Court on the Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) Based on the Retroactive Amendment to the United States Sentencing Guidelines (ECF No. 532) filed by defendant in a pro se capacity (the "Motion"). The Court has reviewed the Motion as well as the file in ths matter.

Although not stated in these terms, defendant seeks retroactive application of U.S.S.G. Amendment 782 to her, through the application of U.S.S.G. § 1B1.10. Amendment 782 generally reduced the offense level previously associated with specific drug quantities by two levels. The effective date of Amendment was November 1, 2014.

Defendant was sentenced on May 20, 2015. Amendment 782 was in full force and effect at that time, and the reductions were incorporated into the guidelines. The reduced guideline

range available because of Amendment 782 was applied to defendant at sentencing. In short, she has already received the benefit of Amendment 782, and is entitled to no further reduction.

ACCORDINGLY, IT IS HEREBY ORDERED:

THAT the Motion is DENIED as defendant has already received the benefit of the Amendment to which the Motion implicitly refers.

DATED this 23rd day of October, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge